# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

BROWN & ROOT INDUSTRIAL SERVICES, LLC

NO.  2021 CW 0767

VERSUS

ANTHONY E. FARRIS, JR., KEVIN D. STEED, AND FIDES CONSULTING, LLC

**OCTOBER 01, 2021**

---

In Re:  Brown & Root Industrial Services, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 705222.

---

**BEFORE:  McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED.**  The portion of the trial court's June 9, 2021 judgment, which granted the Exception of No Cause of Action filed by defendants, Anthony E. Farris, Jr., Kevin D. Steed, and Fides Consulting, LLC, as to the claim of plaintiff, Brown & Root Industrial Services, LLC ("Brown & Root"), for civil conspiracy is reversed. Generally, an exception of no cause of action should not be maintained in part and, if there are two or more theories of recovery that arise out of the operative facts of a single transaction or occurrence, a partial judgment on an exception of no cause of action should not be rendered to dismiss a theory of recovery. See **Robinson v. Wayne & Beverly Papania & Pyrenees Investments, LLC,** 2015-1354 (La. App. 1st Cir. 10/31/16), 207 So.3d 566, 572, writ denied, 2016-2113 (La. 3/13/17), 216 So.3d 808. Based on our de novo review of plaintiff's First Amended Petition and Application for Temporary Restraining Order, Preliminary and Permanent Injunction and for Damages, we find the plaintiff's claims against the defendants arise out of the same operative facts of a single transaction or occurrence.  As such, defendants improperly brought a partial exception of no cause of action as to certain claims.  Accordingly, the trial court improperly granted a partial objection of no cause of action, dismissing plaintiff's claim for civil conspiracy.

The portion of the trial court's June 9, 2021 judgment, which granted the Exception of Nonjoinder filed by defendants, Anthony E. Farris, Jr., Kevin D. Steed and Fides Consulting, LLC, as to the breach of contract claim of plaintiff, Brown & Root, against Kevin D. Steed is reversed.  Defendants have not proven complete relief cannot be granted herein among those already parties or that Brown & Root's parent, subsidiaries, including BRIS Engineering, LLC, and affiliates claim an interest relating to the subject matter of this action and are so situated that the adjudication of the action in their absence may either impair or impede their ability to protect that interest or leave the parties herein subject to a substantial risk of multiple or inconsistent obligations. See La. Code Civ. P. art. 641.  Therefore, defendants' Exception of Nonjoinder as to the plaintiff's breach of contract claim against Kevin D. Steed is denied.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT